428 A.2d 691

Commonwealth v. Geiger, Appellant.

Submitted December 6, 1979.

John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

428 A.2d 691

Commonwealth v. Hudson, Appellant.

Submitted April 16, 1980.

Wayne S. Lipecky, for appellant; John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence in the above case is hereby affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.